887 A.2d 145

IN THE MATTER OF RALPH P. ALLOCCA,
AN ATTORNEY AT LAW.

December 15, 2005.

## ORDER

This matter having been duly presented to the Court pursuant to *Rule* 1:20–10(b) following a motion for discipline by consent of **RALPH P. ALLOCCA** of **MADISON**, who was admitted to the bar of this State in 1984;

And the District X Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated certain *Rules of Professional Conduct* in his handling of a real estate transaction and in the course of the ethics investigation conducted regarding said transaction;

And the parties having agreed that respondent's conduct warrants a censure;

And the Disciplinary Review Board having reviewed the record pursuant to *Rule* 1:20–10(b)(3) to determine the appropriate measure of discipline for respondent's misconduct and having determined that respondent's conduct violated *RPC* 1.3 (lack of diligence), *RPC* 4.1(a)(1) and (2) (truthfulness in statements to others), *RPC* 8.1(a) (false statement of material fact in a disciplinary matter), *RPC* 8.4(a) (violation of the *Rules of Professional Conduct*) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And the Disciplinary Review Board having determined that a censure is the appropriate discipline for respondent's ethics infractions and having granted the motion for discipline by consent;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **RALPH P. ALLOCCA** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.